## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**RICHARD THORNTON**
**ADC #131254**                                                                              **PLAINTIFF**

v.                                    No. 3:23-cv-49-DPM

**SHARP COUNTY DETENTION**
**CENTER and EDITH ELLIOT,**
**Administrator, Sharp County**
**Detention Center**                                                                **DEFENDANTS**

### ORDER

Unopposed recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Thornton's complaint will be dismissed without prejudice. And the Court directs the Clerk to send Thornton a blank copy of a petition under 28 U.S.C. § 2254 for a writ of habeas corpus. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
20 March 2023