IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD THORNTON
ADC #131254                                                         PLAINTIFF

v.                          No. 3:23-cv-49-DPM

SHARP COUNTY DETENTION
CENTER and EDITH ELLIOT,
Administrator, Sharp County
Detention Center                                                   DEFENDANTS

## JUDGMENT

Thornton's complaint is dismissed without prejudice.

*_____*
D.P. Marshall Jr.
United States District Judge

20 March 2023